Jason A. Close, Esq.
Nevada Bar No: 13674
CLOSE LAW GROUP
2831 Saint Rose Pkwy STE 240
Henderson, Nevada 89052
Telephone:    702.983.4254
Facsimile:     702.924.4645
E-mail: jason@closelawgroup.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUREN DAVIS, on behalf of herself and others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BOARDSI, INC.,<br><br>*Defendant.* | Case No. 2:24-cv-02300-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff Lauren Davis, on behalf of herself and others similarly situated ("Plaintiff"), and Defendant Boardsi, Inc. ("Defendant"), by and through undersigned counsel, respectfully stipulate and agree and jointly move the Court for an Order extending the deadline for Defendant to respond to Plaintiff's Complaint (ECF No. 1, "Complaint") in this matter, to and including April 16, 2025. In support thereof, Plaintiff and Defendant further state and agree as follows:

1.     Plaintiff filed her Complaint in this matter on December 11, 2024.

2.     Defendant executed a waiver of service of process on January 16, 2025 (ECF No. 13). By operation of Fed. R. Civ. P. 4(d)(3), therefore, the Defendant's response to the Complaint is presently due on March 17, 2025.

3.     Counsel for the parties met and conferred on March 5, 2025, via email, regarding extending the foregoing deadline. Plaintiff agreed to grant Defendant an extension of not less than thirty (30) days. By operation of Fed. R. Civ. P. 6(a)(1) & (5), therefore, Defendant's new deadline to file its response to the Complaint, if approved by the Court, would be on April 16, 2025.

4.     The purpose of the requested extension is to allow Defendant's counsel, who were

1

just recently retained, adequate time to fully investigate the allegations set forth in the Complaint and to permit the parties to explore a possible extra-judicial resolution of their differences in this matter, which may obviate the Defendant's response deadline.

5. This is the parties' first request for an extension of this deadline. It is not made for purposes of delay and would not prejudice any party.

6. By this requested extension, Defendant is not waiving any objections or defenses to the Complaint available under applicable law, and the parties have agreed to be bound by its terms pending the Court's approval and entry of same.

WHEREFORE, for all of the reasons above, the parties stipulate and respectfully request that the Court enter this order extending the Defendant's deadline to respond to the Complaint by a period of no less than thirty (30) days, to and including April 16, 2025, along with granting all other relief the Court deems just and proper.

Dated: March 13, 2025                           Dated: March 13, 2025

CLOSE LAW GROUP                                  KIND LAW

By: /s/ Jason A. Close                           By: /s/ Michael Kind (w/ Permission)
    Jason A. Close, Esq. (NBN: 13674)                Michael Kind, Esq. (NBN: 13903)
    2831 Saint Rose Pkwy STE 240                     8860 South Maryland Parkway, Ste. 106
    Henderson, Nevada 89052                          Las Vegas, Nevada 89123
    Attorneys for Defendant                          Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 14, 2025

Respectfully Submitted by:
CLOSE LAW GROUP

/s/ Jason A. Close
Jason A. Close, Esq. (NBN: 13674)
2831 Saint Rose Pkwy STE 240
Henderson, Nevada 89052
Attorneys for Defendant