1  Jason A. Close, Esq.
   Nevada Bar No: 13674
2  CLOSE LAW GROUP
   2831 Saint Rose Pkwy STE 240
3  Henderson, Nevada 89052
   Telephone:    702.983.4254
4  Facsimile:    702.924.4645
   E-mail: jason@closelawgroup.com
5
   Alexandra N. Krasovec, Esq.
6  (California Bar No. 279578, *pro hac vice forthcoming*)
   MANATT, PHELPS & PHILLIPS, LLP
7  2049 Century Park East
   Suite 1700
8  Los Angeles, California  90067
   Telephone:    310.312.4000
9  Facsimile:    310.312.4224
   akrasovec@manatt.com
10 Attorneys for Defendant

11                    **UNITED STATES DISTRICT COURT**

12                         **DISTRICT OF NEVADA**

13 | LAUREN DAVIS, on behalf of herself and others similarly situated, | Case No. 2:24-cv-02300-GMN-NJK |
   |---|---|
   | *Plaintiff*, | |
   | v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
   | BOARDSI, INC., | |
   | *Defendant*. | **(Second Request)** |

19      Pursuant to Fed. R. Civ. P. 6(b)(1)(A), LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff Lauren

20 Davis, on behalf of herself and others similarly situated ("Plaintiff"), and Defendant Boardsi, Inc.

21 ("Defendant") (collectively, the "Parties), by and through undersigned counsel, respectfully

22 stipulate and agree and jointly move the Court for an Order extending the deadline for Defendant

23 to respond to Plaintiff's Complaint (ECF No. 1, "Complaint") in this matter, to and including May

24 16, 2025. In support thereof, Plaintiff and Defendant further state and agree as follows:

25      1.    Plaintiff filed her Complaint in this matter on December 11, 2024.

26      2.    Defendant executed a waiver of service of process on January 16, 2025 (ECF No.

27 13). By operation of Fed. R. Civ. P. 4(d)(3), therefore, the Defendant's response to the Complaint

28 was initially due on March 17, 2025.

3. On March 13, 2025, the Parties filed a Stipulation to Extend Defendant's Time to Respond to the Complaint, which the Court granted on March 14, 2025, making April 16, 2025 the new deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint. *See* ECF No. 18.

4. Since the previous extension, the Parties have been exploring a potential extra-judicial resolution, which may obviate the need for Defendant to respond to the Complaint altogether if fruitful. Those discussions have been productive and are ongoing but are not yet complete. As such, Defendant seeks a modest additional extension so the Parties can see those discussions through to their natural conclusion without incurring litigation costs or burdening the Court.

5. Defendant's counsel also needs additional time to thoroughly investigate the claims at issue, to continue their discussions regarding a possible resolution, and to formulate a sufficient responsive pleading, as needed, due to personal hardship, including a death in the family and COVID-19 illness.

6. Counsel for the parties met and conferred on April 2, 2025, via telephone, regarding extending the foregoing deadline. Plaintiff agreed to grant Defendant an extension of not less than thirty (30) days. By operation of Fed. R. Civ. P. 6(a)(1) & (5), therefore, Defendant's new deadline to file its response to the Complaint, if approved by the Court, would be on May 16, 2025.

7. This is the Parties' second request for an extension of this deadline. It is not made for purposes of delay and would not prejudice any party.

8. By this requested extension, Defendant is not waiving any objections or defenses to the Complaint available under applicable law, and the parties have agreed to be bound by its terms pending the Court's approval and entry of same.

///

///

///

///

///

WHEREFORE, for all of the reasons above, the parties stipulate and respectfully request that the Court enter this order extending the Defendant's deadline to respond to the Complaint by a period of no less than thirty (30) days, to and including May 16, 2025, along with granting all other relief the Court deems just and proper.

Dated: April 9, 2025

CLOSE LAW GROUP

By: */s/ Jason A. Close*
Jason A. Close, Esq. (NBN: 13674)
2831 Saint Rose Pkwy STE 240
Henderson, Nevada 89052
Attorneys for Defendant

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

Dated: April 9, 2025

KIND LAW

By: */s/ Michael Kind (w/ Permission)*
Michael Kind, Esq. (NBN: 13903)
8860 South Maryland Parkway, Ste. 106
Las Vegas, Nevada 89123
Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 10, 2025

Respectfully Submitted by:

CLOSE LAW GROUP

*/s/ Jason A. Close*
Jason A. Close, Esq. (NBN: 13674)
2831 Saint Rose Pkwy STE 240
Henderson, Nevada 89052
Attorneys for Defendant