## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LAUREN DAVIS, on behalf of herself and all others similarly situated,

Plaintiff,

v.

BOARDSI, INC.,

Defendant.

Case No. 2:24-cv-02300-GMN-NJK

**ORDER GRANTING STIPULATION OF DISMISSAL**

THIS MATTER having come before the Court upon the Stipulation of Dismissal filed by Plaintiff Lauren Davis and Defendant Boardsi, Inc., (collectively, the "Parties"), by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court having reviewed the stipulation and being fully advised in the premises:

**IT IS HEREBY ORDERED** that the individual claims of Plaintiff Lauren Davis are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the claims of the purported class members are dismissed without prejudice.

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees, costs and expenses.

**IT IS FURTHER ORDERED** that the Clerk of the Court is kindly directed to close this case.

**DATED** this __24__ day of June, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE